UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL A. SHEPARD, SR.,

    Plaintiff,

v.                                Case No. 21-C-501

EMILY BLOZINSKI,

    Defendant.

---

## RECRUITMENT ORDER

---

At the Court's request, Attorneys Ohioma Emil Ovbiagele and Megan Mirka of the law firm OVB Law & Consulting S.C. have agreed to represent Plaintiff Michael A. Shepard, Sr. on a volunteer basis for the limited purpose of trial. The Court will set a scheduling conference with counsel to discuss the next steps. The Court advises Shepard that, because it has recruited a lawyer to represent him, if he receives money in this case—either because it is awarded to him by the judge or by a jury or because he settles the case—the Court may require Shepard to reimburse the Court for any expenses and/or costs paid by the Court to his recruited attorney. *See* Regulations Governing the Reimbursement of Expenses in Pro Bono Cases from the District Court Fund (available on the Court's website, www.wied.uscourts.gov/pro-bono-fund and copy enclosed).

**IT IS THEREFORE ORDERED** that the Clerk's office add Ohioma Emil Ovbiagele and Megan Mirka to the docket as Shepard's attorneys.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to Shepard, Attorney Ovbiagele, and Attorney Mirka.

Dated at Green Bay, Wisconsin this <u>14th</u> day of June, 2023.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge